WESTFED HOLDINGS, INC., Western Federal Savings and Loan Association, Dennis I. Simon, and Resolution Trust Corporation, Plaintiffs,

and

Federal Deposit Insurance Corporation, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 02–5104.

United States Court of Appeals, Federal Circuit.

July 25, 2003.

Before MAYER, Chief Judge, SCHALL, and DYK, Circuit Judges.

*ORDER*

IT IS ORDERED THAT:

The appeal of the Federal Deposit Insurance Corporation is dismissed as moot.

Keith Russell JUDD, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 03–5042.

United States Court of Appeals, Federal Circuit.

July 25, 2003.

ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.